19-02500
SECT. N MAG. 2

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

Jason Jarrell Spikes

v.                                    No. _____

22nd District C------

## Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241

1. Jason Jarrell Spikes
   Jason Jarrell Hughes

2. Elayn Hunt Correctional Center
   P.O. Box 174  St. Gabriel, LA 70776
   537025

3. State authorities

4. Serving a sentence incarceration after having been convicted of a crime.
   22nd District Courtroom Franklinton, Louisiana
   16-CR6-129868
   June 26, 2017

5. Pretrail detention
   other: The first time I filed a speedy trail. They took me on two different counts. The first count was attempted-second degree

U.S. DISTRICT COURT
TENDERED FOR FILING
MAR 15 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TENDERED FOR FILING
MAR 15 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

murder, which I was indicted on in August 2014. The second-count was possession with intent to distribute cocaine, which I was indicted on October 2014. I filed a motion to sever but it was denied. So I went to trail on both counts. The possession with intent to distribute cocaine was three grams it should be been a possesion charge. My plea deal was twenty-five with the bill. The district-attorney told my lawyer, which was Brian Miessner, that I have too take twenty-five for the cocaine, or the three counts of attempted murder. So, the jury said that it was a hung jury on both counts. So, they just kept it on the docket. So, a few months later I filed another speedy-trail, and Judge William J. Knight granted it. Then, 120-days had went by and they didn't take me too trail and the judge gave me a 701 no-bond obligation. So, at the time I had five-years for a contraband charge and I had did my D.O.C. time and they sent me back to Washington Parish Jail. On June 3, 2017 when I came back to the parish I didn't have no bond, but they said I have to stay for 72-hour hearing until I see the judge. So, when that day came they put a hold on me for a habitual-hearing. So, it took two weeks to see my lawyer, which was David Knight and told him that I did my D.O.C. time and I should atleast get a bond. So, three days before my hearing which was around June 23 they gave me a $80,000 dollar bond. I went to the hearing and I recieved twenty-years without parole or probation. After that I exhausted all my state remedies then filed a 28 U.S.C. § 2254 for Writ Of Habeaus Corpus to the Eastern District of Louisiana. Now, they know that they broke alot of my rights in getting that contraband conviction and my sentence is about to get vacated. I heard the Warden of Washington

Parish Jail tell the district-attorney and the lawyer that don't let this nigga out of jail. Let him come back here because I'm going to teach him a lesson if I get suspended or indicted. Also, my lawyer, which is Brian Meismer, is a pro-bono lawyer. But he wasn't hired by the 22nd Public Defender Office, because I called there and they said they didn't have me or my charge in there computer. So, who ever hired him it is a conflict of interest. The 22nd Public-Defender supposed to hire my lawyer they are breaking my amend XIV Due Process. Also, I filed pro-se motions to change venue, sever, for a preliminary hearing and to exclude evidence to the 22nd District-Courtroom and Eastern-District of Louisiana, but the 22nd District-Courtroom is not answering these motions.

6. 22nd District-Courtroom Franklinton, Louisiana
14CR8-126847
Answer my pro-se motions, and honor my 701 no-bond obligation
Don't know!

7. Didn't File

8. Didn't File

9. Didn't File

10. Didn't File

11. Didn't File

P.M

12. Didn't File

### Ground One

13. I should've have to go on charges that I was indicted on at two different times. Three counts of attempted murder I was indicted on August 2014. Possession with intent to distribute cocaine I was indicted on October 2014. They're breaking my amend XIV Equal Justice Under the Law.   No I didn't Appeal

### Ground Two

The possession with intent to distribute cocaine I've been fighting for four and a half years. Under La Crim Code they only can keep it open for three years.   No I didn't Appeal

### Ground Three

My pending charges should be dismissed because none of the delay in being brought to trial has been occasioned by any action taken by petitioner or his counsel. A result of the delay in being brought to trial, petitioner has been substantially prejudiced in his ability to defend himself against the charges because the memories of defense witness has dimmed, physical evidence has been lost, and because of petitioner's incarceration other witness have become difficult to locate. The petitioner, after considering the seriousness of the offense, the facts and circumstances of this case would have in the administration of justice, believes that this case should be dismissed with prejudice.   No, I didn't Appeal

### Ground Four

That my 701 speedy-trail be honored. I haven't missed any court dates, because I've been incarcerated. I haven't caught no attempt of court. So, they don't have no reason for not honoring it.   No, I didn't Appeal

Ground Five

My attorney Brian Mitsuner is a pro-bono lawyer. But he wasn't hired by the 22nd Public Defender Office. Somebody from the 22nd District-Court hired him. That is a conflict of interest. My amend. XIV Due Process is being broken. Dismiss my pending/quash charges both counts.

14. I wasn't very acquainted with the law at that time. I'm a layman

15. To handle all the grounds in this petition the best way as possible. Also, civil liabilities, criminal liability, and administrative liabilities for all public officials who broke my rights. Dismiss my pending/quash charges dcart

I   Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system;

Date                                   Jason Spikes

19-02500
SECT. M MAG. 2

# MEMORANDUM
# MASTER RECORD

This contain where the 22nd District Court gave me twenty-years without parole or probation. I filed a 2254 Writ Of Habeas Corpus my conviction should be about to get vacated. Also on the back it shows where I came back to Washington Parish Jail on 6/03/17. I had a 701 no-bond obligation. They put a hold on me for a habitual-offender sentence which I received 20-years for.

```
DATE: 07/10/18              DPS&C CORRECTIONS SERVICES              TIME: 14:22
AMENDED: 07/09/18                  MASTER RECORD                     PAGE 1

------------------------------- D E S C R I P T I O N ------------------------------

DOC #..: 00537025        CURRENT LOC: DAVID WADE CORR CTR
NAME: SPIKES, JASON J                        B/M    DOB.......: 04/04/1985

SID NUMBER: 001763430    FBI NUMBER: 273452DC7      SOC.SEC....: 438590239
DRIVER LIC:              -                          STRIKE.....: NO
HGT.......: 5`08         WEIGHT....: 145            HAIR.......: BLACK
EYES......: BROWN        COMPLEXION: DARK           SHOE SIZE.: 100
******************** R E L E A S E    I N F O R M A T I O N ********************
DN                                                  DNA: Y
OFFENDER CLASS: 03       GT ACT.: 0000              TEST DATE: 04/24/2008
WRED: 08/30/2035
PED: 02/28/2021          DS   ...: 02/28/2036        FTD: 06/05/2036
ECC DATE: **/**/****     ADJUSTED.: 02/28/2036

PB ACTION..: D                                      TOTAL SENTENCE
                         MS ON TOTAL LOSS OF GT     020YRS/ 06MTH/ 00DAYS
TYPE ACTION: REG         TO DATE:
ACTION DATE: 06/30/2011      RESTORED:     0
                         CTRP Release Factor: 0   DAYS
COMMENTS: NEW INTAKE 07/09/18


DETAINER: Y    DETAINER INFO: SHERIFF OFFICE


---------------------- O F F E N S E   I N F O R M A T I O N --------------------


  DOCKET    PAR HW SENTENCE                              TERM   HW REV GT  APP
  NUMBER    CON CR   DATE    MOD1&2     STATUTE      CNT YYYMMDD CR FLG ACT JCR
 ========== === == ======== ======= ================ === ======= == === === ====
 1629868    WSH NA 06/26/17 HAB/    CONTRABAND       001 0200000 NA      000 0483

 173093     CON CS 10/11/17     /   CONTRABAND       001 0000600 NA      280 0083
```

```
DOC #..: 00537025    NAME..: SPIKES, J                              PG   2
------------------------------ A L I A S ------------------------------------
 JASON              J  SPIKES            04/04/85
 JASON              D  SPIKES            04/04/85
 JASON              T  SPIKES            04/04/85

******************* E M E R G E N C Y   C O N T A C T *********************

 EMERGENCY CONTACT:                      RELATION.......:
 EMERGENCY ADDRESS:                      EMER.CITY/ST:
 EMERGENCY ZIPCODE: 70426                EMERGENCY PHONE: (   )    -

------------------------ P E R S O N A L   D A T A -------------------------
 ADDRESS..:1031 SOUTH DAUPHINE ST    BOGALUSA, LA   70426
 BIRTH CITY: BOGALUSA              ,LOUISIANA           CITIZEN..: YES
 MARITAL ST: SINGLE                CHILDREN: 00         RELIGION..: NON-DENOMINATIO
 EDUCATION.: 12 YRS.               ELOC....: 4          GOVT ASST.:
 OCCUPATION: NOT IN LABOR FORCE-UNEMPLOYED
 MOTHER`S NAME: LYNN       TOLER            FATHER`S NAME: JAMES SPIKES JR

--------------------- S C A R S - M A R K S - T A T T O O S ----------------

 MARK/INFIRMITY.1: TAT NECK         LITERAL: "LYNNE"
 MARK/INFIRMITY.2: TAT L ARM        LITERAL: "SQUAT"
 MARK/INFIRMITY.3: TAT R ARM        LITERAL: "BROS"
 MARK/INFIRMITY.4:                  LITERAL:
 MARK/INFIRMITY.5:                  LITERAL:

-------------------- T R A N S F E R   I N F O R M A T I O N ---------------
                                          FROM      TYPE
   ASSIGNED  LOCATION     PHYSICAL  LOCATION     DATE      SUPV
 ====================   ====================   ========   ====
 COVINGTON DISTRICT     COVINGTON DISTRICT     04/14/08    B
 COVINGTON DISTRICT     ABSCOND                10/10/08    B
 OAS/SOUTH JAILS        WASHINGTON PP          10/16/08    A
 OAS/NORTH JAILS        MADISON DETENTION CEN  04/15/09    A
 COVINGTON DISTRICT     COVINGTON DISTRICT     06/28/13    G
 COVINGTON DISTRICT     WASHINGTON PP          10/09/14    G
 COVINGTON DISTRICT     WASHINGTON PP          10/21/14    G
 OAS/SOUTH JAILS        WASHINGTON PP          10/21/14    A
 OAS/SOUTH JAILS        RIVER CORRECTIONAL CE  01/02/15    A
 COVINGTON DISTRICT     WASHINGTON PP          11/20/15    G
 OAS/SOUTH JAILS        WASHINGTON PP          05/25/16    A
 OAS/SOUTH JAILS        CONCORDIA PARISH DETE  06/14/16    A
 OAS/SOUTH JAILS        WASHINGTON PP          09/14/16    A
 OAS/SOUTH JAILS        CONCORDIA PARISH DETE  09/14/16    A
                  (transfers continued next page)
```

```
DOC #..: 00537025    NAME..: SPIKES, J                              PG   3
------------------- T R A N S F E R   I N F O R M A T I O N -------------------
                                              FROM      TYPE
   ASSIGNED  LOCATION    PHYSICAL  LOCATION   DATE      SUPV
   ====================  ====================  ========  ====
   COVINGTON DISTRICT    WASHINGTON PP         10/07/16  G
   OAS/SOUTH JAILS       WASHINGTON PP         01/13/17  A
   OAS/SOUTH JAILS       CONCORDIA PARISH DETE 01/13/17  A
   OAS/NORTH JAILS       MOREHOUSE DETENTION C 05/16/17  A
   OAS/NORTH JAILS       MOREHOUSE PP          06/01/17  A
   COVINGTON DISTRICT    WASHINGTON PP         06/03/17  G
   COVINGTON DISTRICT    CONCORDIA PARISH DETE 06/26/17  G
   OAS/SOUTH JAILS       WASHINGTON PP         06/26/17  A
   OAS/SOUTH JAILS       CONCORDIA PARISH DETE 10/11/17  A
   HUNT RECEPTION AND DI HUNT RECEPTION AND DI 04/23/18  A
   DAVID WADE CORR CTR   DAVID WADE CORR CTR   07/09/18  A


   WCC2B
   ---------------------------
    PRINTED BY                                         07/10/18
```



Jason Jarrell Spikes
D.O.C. 537035
Elayn Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA. 70776

United States District Court
Eastern District Of Louisiana
500 Poydras St.
New Orleans, LA 70130

